IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID WAYNE MILES, JR.**                                                               **PLAINTIFF**

**V.**                              **CASE NO. 5:18-CV-2-JLH-BD**

**JOSEPH GORMAN, et al.**                                                        **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff David Wayne Miles, Jr. filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entry #1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On January 19, 2018, Mr. Miles was given thirty days to notify the Court of his new address, after his mail was returned to Court twice as "undeliverable." (#10) The

Court specifically cautioned Mr. Miles that his claims could be dismissed if he failed to comply with the Order. (#10) To date, Mr. Miles has failed to comply with the Court's Order and the time for doing so has passed.

## III. Conclusion:

The Court recommends that Mr. Miles's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 19, 2018 Order and failure to prosecute this lawsuit.

IT IS SO ORDERED, this 20th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE