IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID WAYNE MILES, JR.**                                              **PLAINTIFF**

**V.**                    **CASE NO. 5:18-CV-2-JLH-BD**

**JOSEPH GORMAN, et al.**                                              **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Miles's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 15th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE