IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID WAYNE MILES, JR.**                                       **PLAINTIFF**

V.                **CASE NO. 5:18-CV-2-JLH-BD**

**JOSEPH GORMAN, et al.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 15th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE